U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 2 7 2026
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Syracuse

UNITED STATES DISTRICT COURT
Eastern District of New York

Wesley Cuevas Din#: 23M0567

Write the full name of each plaintiff.

No. ____________
(To be filled out by Clerk's Office)

-against-

John Doe's in ulster Corr. Fac.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

(Prisoner)

Do you want a jury trial?
☒ Yes ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: 5th, 6th, 8th, 9th, 14th ammendments.

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Wesley | | Cuevas |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

23M0567

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Lakeview Shock incarceration Correctional Facility.

Current Place of Detention

P.O. Box T Brocton, New York 14716-0679.

Institutional Address

| Brocton | New York | 14716-0679 |
|---|---|---|
| County, City | State | Zip Code |

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: ______________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

First Name: John | Last Name: Doe | Shield #:

Current Job Title (or other identifying information): Collection officer

Current Work Address: Ulster Corr. Fac.

County, City | State | Zip Code

**Defendant 2:**

First Name: John | Last Name: Doe | Shield #:

Current Job Title (or other identifying information): Correction officer.

Current Work Address: Ulster Corr. Fac.

County, City | State | Zip Code

**Defendant 3:**

First Name: John | Last Name: Doe | Shield #:

Current Job Title (or other identifying information): Sargent

Current Work Address: Ulster Corr. Fac.

County, City | State | Zip Code

**Defendant 4:**

First Name: John | Last Name: Doe | Shield #:

Current Job Title (or other identifying information): Correction officer

Current Work Address: Ulster Corr. Fac.

County, City | State | Zip Code

V. STATEMENT OF CLAIM

Place(s) of occurrence: Ulster Corr. Fac. Shu 200 Search room and office.

Date(s) of occurrence: 12th of July 2023.

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

on July 12th, 2023 around 8:40 am and 9:00 am While being admitted to ulster Corr. Fac. Shu 200 in the Middle of me being Strip Searched officer Tacti Who Full name I Dont Know So I put John Doe Starts choking Me and Said He Saw contraband in my Mouth and Told Me to Spit it out. I Was trying to explain to him that I Did not have anything in my mouth but I Couldnt breathe and I have asma. The other officer Who's name I Dont Know Starts Slapping Me in My Face. I tried to pull the officer tacti hands off my neck. then they Started to punch me. one of the officers Went to Go Get back up While officer tacti Was trying to slam me. The other officer came back in the Search room With they back up Which Was around 2/3 correction officers and a Sargent. one of the officers Were Spraying me in my Face ruthlessly While the others tackled me and punched me. once I Got to the Ground they applied the mechanical restraints very tight Stopping my Blood Circulation

on Top of that I Couldnt breathe because the chemical agency Got in my Mouth, nose, ears and ofcourse my eyes. Then While I Was cuffed they continued to assault Me by Punching me in my Face, ribs and Stomach. Then one of the officers Started to spray me again this time even more ruthlessly While I Was Cuffed. Then they continued to assault Me and even put my Face in a trash can to Stop my Blood From keep Getting on them another Sargent then came

INJURIES: (See attached For Further Detail)

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

2 Black eyes, Busted Lip (teeth Went threw Lips), Broken rib and a laceration under eye. I received 7 Stiches For the laceration under my eye. and Got the Blood cleaned up. Bumps on my Face and they threw away my property Bags With all my Belongings and receipts so I Couldnt Get a Claim For it.

VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I am requesting $1,000 For each Black eye, $2,500 For my Busted Lip, $300,000 For the Laceration under my eye, $1,000,000 For my Broking Rib and $1,000 For Loss/Damage of my property. and I Would Like to receive an order of protection on all the Defendants. Due To Fear of retaliation.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

1/11/25

Dated

[signature]

Plaintiff's Signature

Wesley

First Name

Middle Initial

Cuevas

Last Name

Lakeview Shock Incarceration Corr. Fac.

Prison Address

Brocton

County, City

New York

State

14716-0679

Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 1/12/25

Wesley Cuevas x New York state
Claimant,

FACTS:

Further more another Sargent Came in the room (They had Moved me to an office Looking room across From the Search room When they applied the Mechanical restraints.) This Sargent who name I Forgot But I think it was rodriguez then ordered them to Stop assaulting me multiple times and the officers continued to assault me the Sargent then Got them off me I Dont know how because I Couldnt see nothing Due to all the chemical agency's they applied on me that Day. After the Sargent helped Get them off me I Got escorted to the Shower to Wash off all the Blood and chemical agency's. I then Finally opened my eyes to this Sargent making sure I was Good. Then I Got escorted to my cell and Seen 2 medical staff's and Got pictures taking. Then I Went to an outside Hospital named Catskill. Where I Got 7 Stiches under my eye and pain Medication.. The Laceration under my eye is only 1 centimeter away From my eye and I Couldve Lost my eye. after I Left the Hospital I Got Sent to Fishkill Corr. Fac. infirmary Where I Got re-evaluated and admitted. When cleared I Got Sent to Fishkill's M.M.U. Where I realized they Loss/Destroyed and-or threw away my property With all my Clothe, magazines, Books, Hygiene and important Legal work inside, Including paper Work Like receipts Which I Need to File a Claim For compensation of these items. I was in ulster SHU 200 before and the officers were Buying items off my commissary and never Gave me a commissary sheet. They Were very disrespectfull Hated When I used to talk to my peers (They have a Strict no talking policy) and Was even denying me my Tray When I Got Caught talking. There were No cameras/Body Cameras in the Whole Facility When this happened. Making officers beat on us For Sport.

Then they Framed me and Wrote me a ticket Saying I assaulted Staff and Got caught With a Weapon (Glass) This is the 2nd time they Framed me With Contraband. I'ma assume They Do This all the time to incarcerated individuals.

Wesley [illegible] 23-[illegible]567
Lakeview Shock Incarceration Corr. Fac.
P.O. Box T
Brocton, New York 14716-0679

Lakeview
SICF

neopost
01/20/2026
US POSTAGE $001.90
ZIP 14716
041L11251095

1.90

After remaining free legal, you need disbursement or 1 stamp

John Domurad, clerk
United States District Court
Federal building, P.O. Box 1767
100 South Clinton Street
Syracuse, New York 13261

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JAN 27 2026
RECEIVED

QS-A1-15B

Legal Mail

Legal Mail