UNITED STATE MARSHALS SERVICE
SERVICE OF PROCESS
COST OF SERVICE

CASE #: 9:26-CV-00131

TYPE OF PROCESS: USM-285

ADDRESS/CITY: 750 Berme Rd. Napanoch NY 12548

DEPUTY: J. WAGER

**ATTEMPT #1**

DATE: 09/11/2026 START TIME: 0800 END TIME: 1000

DUSM(S): 1 (number) X 2 (Hours) X $65.00 = $130.–

ROUND TRIP MILEAGE: 110 X $.76 = $83.60

---

**ATTEMPT #2**

DATE: ____________ START TIME: ____________ END TIME: ____________

DUSM(S): ________ (number) X ________ (Hours) X $65.00 = ____________

ROUND TRIP MILEAGE: ________ X $.76 = ____________

---

**ATTEMPT #3**

DATE: ____________ START TIME: ____________ END TIME: ____________

DUSM(S): ________ (number) X ________ (Hours) X $65.00 = ____________

ROUND TRIP MILEAGE: ________ X $.76 = ____________

---

Parking/Tolls: ____________

Other Expenses (Specify): ____________

TOTAL COST: ____________

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Wesley Cuevas | COURT CASE NUMBER<br>9:26-cv-00131 |
| DEFENDANT<br>Officer Tacti, et al | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Tacti
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Ulster Correctional Facility, 750 Berme Rd , Napanoch, NY 12458

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Wesley Cuevas 23-R-0567<br>Lakeview Shock Incarceration Correctional Facility<br>P.O. Box T<br>Brocton, NY 14716 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☐ PLAINTIFF<br>☐ DEFENDANT | | 9/4/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 52 | No. | CJA | 9/8/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| GINA PUCCIO, IRC-2 | 09/11/2026 | 0830 | ☒ am ☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>[signature] | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 9:26-cv-00131

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Tacti
was received by me on *(date)* 09/09/2026 .

☐ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* GINA PUCCIO - IRC 2 , who is
designated by law to accept service of process on behalf of *(name of organization)*
Officer Tacti on *(date)* 09/11/2026 ; or

☐ I returned the summons unexecuted because ____________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/11/2026

[signature]
*Server's signature*

J. WALKER, DUSM
*Printed name and title*

445 Broadway, Albany NY 12207
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset